No. 957.   CIOFFI v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.   Petitioner *pro se.*   *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 913.   AMERICAN SURETY CO. OF NEW YORK v. WEBER.   C. A. 5th Cir.   Certiorari denied.   *Stanley E. Loeb* for petitioner.   *Arthur J. Mandell* for respondent. *Solicitor General Rankin* filed a brief for the United States, as *amicus curiae,* in opposition.

No. 617, Misc.   CARTER v. UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.

No. 651, Misc.   WILLIAMS v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 662, Misc.   BUZZIE v. HEINZE, WARDEN.   Supreme Court of California.   Certiorari denied.

No. 703, Misc.   LOPEZ v. ILLINOIS.   Supreme Court of Illinois and Criminal Court of Cook County, Illinois. Certiorari denied.

No. 705, Misc.   TUDOR v. SCHNECKLOTH, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.   Supreme Court of Washington.   Certiorari denied.